# Court of Appeals
# of the State of Georgia

ATLANTA,    May 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0348.  RANDY SHIELDS v. THE STATE.**

Randy Shields was convicted of rape, aggravated sodomy, aggravated assault with intent to rape, and false imprisonment.  He was sentenced as a recidivist to life without parole.  We affirmed his convictions and sentence on appeal.  *Shields v. State*, 264 Ga. App. 232 (590 SE2d 217) (2003).  Shields later filed a motion to vacate a void sentence.  By order entered February 20, 2013, the trial court denied the motion.  On April 11, 2013, Shields filed this application for discretionary appeal.[1]  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d).  "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011).  Because Shields's application was filed 50 days after entry of the order he seeks to appeal, it is untimely, and it is accordingly DISMISSED for lack of jurisdiction.

---

[1]  Shields attempted to file the application earlier, but this Court could not accept it for filing because Shields included neither the statutory filing fee nor a pauper's affidavit as required by OCGA § 5-6-4 and Court of Appeals Rule 5.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/08/2013
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*